AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
Northern District of California

INTEL CORPORATION, a Delaware corporation,
Plaintiff
v.
INTELLUS, INC., a North Carolina corporation,
Defendant

Civil Action No. CV 08 2908 MEJ

Summons in a Civil Action

To:   INTELLUS, INC.
      *(Defendant's name)*

A lawsuit has been filed against you.

Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Ian K. Boyd, Esq. and Seth I. Appel, Esq.
Harvey Siskind LLP
4 Embarcadero Center, 39th Floor
San Francisco, CA 94111

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Richard W. Wieking
Name of clerk of court

Date: JUN 1 1 2008

Deputy clerk's signature

MARY ANN BUCKLEY

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE 6/18/08 |
| NAME OF SERVER (PRINT) Dennon Cauron | TITLE Process Server |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served: 2001 Katesbridge Lane, Raleigh NC 27614
   - Summons          - Notice of Assignment
   - Complaint
   - Order setting initial Case Mgmt. Conference HADR Deadlines

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify): Also served - Dispute Resolution Procedures in the Northern District of California
   - consenting to a magistrate Judge's Jurisdiction in Northern District of California
   - ECF Registration Information Handout

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6/27/08
             Date           Signature of Server

             P.O. Box 1144 Raleigh NC 27602
             Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.