HARVEY SISKIND LLP
IAN K. BOYD (SBN 191434)
e-mail: iboyd@harveysiskind.com
SETH I. APPEL (SBN 233421)
e-mail: sappel@harveysiskind.com
Four Embarcadero Center, 39th Floor
San Francisco, California 94111
Telephone: (415) 354-0100
Facsimile: (415) 391-7124

Attorneys for Plaintiff
Intel Corporation

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| INTEL CORPORATION, a Delaware corporation,<br><br>                    Plaintiff,<br><br>    vs.<br><br>INTELLUS, INC., a North Carolina corporation,<br><br>                    Defendant. | Case No. CV 08 2908 MEJ<br><br>**STIPULATED PERMANENT INJUNCTION;** [PROPOSED] **ORDER**<br><br>ORDER CLOSING FILE |

The Parties hereto have reached a negotiated settlement of all claims which includes the entry of the following injunction against Defendant Intellus, Inc. ("Intellus"):

**WHEREAS**, Plaintiff Intel Corporation ("Intel") filed this action against Intellus on June 11, 2008, asserting claims of Federal Trademark Infringement, Federal Trademark Dilution, Federal False Designation of Origin, California Trademark Infringement, California Trademark Dilution, California Statutory Unfair Competition, and California Common Law Passing Off and Unfair Competition; and

-1-
STIPULATED PERMANENT INJUNCTION AND ORDER                          Case No. CV 08 2908 MEJ

1   **WHEREAS**, the Parties have settled their dispute and respectfully ask that the Court enter
2   this injunction.

3   **Accordingly, it is ORDERED, ADJUDGED, and DECREED as follows:**

4   **1.** As of February 27, 2009, Intellus and its officers, agents, servants, employees, owners and representatives, and all other persons, firms or corporations in active concert or participation with it, are permanently enjoined and restrained from using in any manner the INTEL mark, or any name, mark or domain name that wholly incorporates the INTEL mark or is confusingly similar to or a colorable imitation of this mark, including, without limitation, the Intellus, Inc. trade name, the INTELLUS trademark, and the intellusinc.com domain name.  Notwithstanding the foregoing, Intellus may continue to use the mark INTELLUSCAN, provided that the INTEL (or INTELL) portion of the mark is not emphasized, highlighted, set apart, or distinguished in any way, and provided that the 'e' is not subscripted in relation to the other letters.  Furthermore, notwithstanding any other provision in this order, Intellus may continue to use the intellusinc.com domain name solely for the purpose of automatically redirecting users, via URL redirection, to another website through June 27, 2009.

**2.** As of February 27, 2009, Intellus and its officers, agents, servants, employees, owners and representatives, and all other persons, firms or corporations in active concert or participation with it, are permanently enjoined and restrained from doing any act or thing calculated or likely to cause confusion or mistake in the minds of members of the public, or prospective customers of Intel's products or services, as to the source of products or services offered for sale, distributed, or sold, or likely to deceive members of the public, or prospective customers, into believing that there is some connection between Intellus and Intel.

3. As of February 27, 2009, Intellus and its officers, agents, servants, employees, owners and representatives, and all other persons, firms or corporations in active concert or participation with it, are permanently enjoined and restrained from committing any acts which will tarnish, blur, or dilute, or are likely to tarnish, blur, or dilute, the distinctive quality of the famous INTEL mark.

4. No later than February 27, 2009, Intellus shall take all steps necessary to remove the name "Intellus," and any other of its business names that contain "Intel," from the records of the State of North Carolina and any other states in which Intellus is incorporated or qualified to do business.

5. No later than February 27, 2009, Intellus shall remove all content from the website www.intellusinc.com, and it shall let the domain registration lapse when it is set to expire on January 27, 2013.

Dated: June 22, 2008

Respectfully submitted,

HARVEY SISKIND LLP

By: _____
  Seth I. Appel

Attorneys for Plaintiff
INTEL CORPORATION

INTELLUS, INC.

By: _____
  Charles Wilson

The Clerk of Court shall close the file.

IT IS SO ORDERED this 7th day of July, 2008.

_____
The Honorable Maria-Elena James
United States Magistrate Judge

-3-

STIPULATED PERMANENT INJUNCTION AND ORDER                   Case No. CV 08 2908 MEJ

## PROOF OF SERVICE

The undersigned declares: I am a resident of the United States and am employed in the City and County of San Francisco, State of California; I am over the age of eighteen years and not a party to the within action; my business address is 4 Embarcadero Center, 39th Floor, San Francisco, CA 94111.

On the date stated below, I served the following documents:

- **STIPULATED PERMANENT INJUNCTION; [PROPOSED] ORDER**

by placing a true copy thereof enclosed in a sealed envelope and served in the manner described below to the interested parties herein and addressed to:

Mr. Charles Wilson
Intellus, Inc.
700 S. Salisbury Street
Raleigh, NC 27601

__X__  **MAIL:** I caused such envelope(s) to be deposited in the mail at my business address, with postage thereon fully prepaid, addressed to the addressee(s) designated. I am readily familiar with the business practice of collecting and processing correspondence to be deposited with the United States Postal Service on that same day in the ordinary course of business.

_____  **FEDERAL EXPRESS – OVERNIGHT DELIVERY:** I caused such envelope to be deposited with the Federal Express Office prior to the cut-off time for next day delivery with a shipping label properly filled out with delivery to be made to the addressee designated.

_____  **HAND DELIVERY:** I caused such envelope(s) to be delivered by hand to the addressee(s) designated.

_____  **VIA FAX:** The facsimile machine I used complied with California Rules of Court, Rule 2003, and no error was reported by the machine. Pursuant to California Rules of Court, Rule 2006(d), I caused the machine to print a transmission record of the transmission, a copy of which is attached to this declaration.

__X__  **(FEDERAL):** I declare that I am employed by the office of a member of the bar of this court at whose direction the service was made.

_____  **(STATE):** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on July 7, 2008 at San Francisco, California.

_/s/ Cynthia Lee_
Cynthia Lee